**No. 66905.**—Old Importers, Inc., and W. J. Byrnes & Co. v. United States, protest 59/6098 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of fiber tree corsages similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiffs was sustained.